UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KELVYS SALAS TORRES,

                Plaintiff,

      -against-                                  24-cv-3945 (LAK)

STARBUCKS CORPORATION, etc,, et al.,

                Defendants
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The notice of fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

☒   The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards*, 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp.v. PacifiCorp Capital, Inc.*, 87 F.3d 44 (2d Cir. 1996).

☐   The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

☐   The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.*, 494 U.S. 195 (1990).

☐   The exact nature and citizenship of one or more alleged limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.*, 213 F.3d 48, 52 (2d Cir. 2000).

        Absent the filing, on or before June 4, 2024 of an amended notice of removal adequately alleging the existence of subject matter jurisdiction, this action will be remanded for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:     May 23, 2024

                                                        Lewis A. Kaplan
                                             United States District Judge