UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kelvys Salas Torres,<br><br>                Plaintiff,<br><br>-against-<br><br>Starbucks Corporation,<br><br>                Defendant. | 24-CV-03945 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiff's motion to remand and associated filings are due on June 20, 2024. Defendants' opposition is due on July 18, 2024. Plaintiff's reply in further support of remand is due on July 26, 2024. A virtual status conference will be held on August 5, 2024 at 10:00 AM; at that conference, I will address whether to enter the proposed case management plan (ECF 14) at that time, as well as whether early settlement talks would be productive. Counsel are directed to call my Microsoft Teams conference line at the scheduled time by dialing (646) 453-4442, Access Code: 211 806 772 #.

DATED:  June 20, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge